**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANGEL FLORES and EVA MELENDEZ,

                               Plaintiffs,                  **JUDGMENT**
                                                                        CV 19-4685 (DRH)(AYS)

   - against -

BAY NURSERY CORP.,

                               Defendant.
-------------------------------------------------------------X

       An Acceptance of Defendant's Rule 68 Offer of Judgment having been filed by Plaintiffs on May 1, 2020, accepting the Defendant's April 24, 2020 offer to have judgment entered: against Defendant and in favor of Plaintiff Angel Flores in the total amount of $16,746.67, inclusive of all applicable taxes, liquidated damages and interest as of the date of acceptance; against Defendant and in favor of Plaintiff Eva Melendez in the amount of $9,920.00, inclusive of all applicable taxes, liquidated damages and interest as of the date of acceptance; and against Defendant and in favor of Plaintiff's counsel in the total amount of $13,333.33, inclusive of attorneys' fees, costs and disbursements as of the date of acceptance, it is

       **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs Angel Flores and Eva Melendez, and Plaintiff's counsel against Defendant Bay Nursery Corp., in the total amount of $40,000.00 as follows: in favor of Plaintiff Angel Flores and against Defendant Bay Nursery Corp., in the total amount of $16,746.67, inclusive of all applicable taxes, liquidated damages and interest as of the date of acceptance; in favor of Plaintiff Eva Melendez against Defendant Bay Nursery Corp., in the amount of $9,920.00, inclusive of all applicable taxes, liquidated damages and interest as of the date of acceptance; and in favor of Plaintiff's counsel and against Defendant Bay Nursery Corp., in the total amount of $13,333.33, inclusive

of attorneys' fees, costs and disbursements as of the date of acceptance; and that this case is closed.

Dated: May 5, 2020
      Central Islip, New York

                                        **DOUGLAS C. PALMER**
                                        **CLERK OF THE COURT**
                                        By: /s/ James J. Toritto
                                        Deputy Clerk